1

2

3

4

5

6

7                       IN THE UNITED STATES DISTRICT COURT FOR THE

8                               EASTERN DISTRICT OF CALIFORNIA

9

DOUGLAS NORWOOD,                    )        1:07cv01287 DLB
10                                  )
                                    )
11                                  )        ORDER DISCHARGING
                                    )        ORDER TO SHOW CAUSE
12                                  )        (Document 15)
        vs.                         )
13                                  )
MICHAEL J. ASTRUE, Commissioner,    )
14                                  )
                                    )
15              Defendant.          )
   _____)
16

17        On September 4, 2007, Plaintiff filed the present action for judicial review of the denial of

18  Social Security benefits.

          On May 15, 2008, the Court issued an order to show cause why the action should not be
19
dismissed for Plaintiff's failure to file his opening brief.  Plaintiff filed a response on June 3, 2008,
20
explaining that a clerical error resulted in a failure to properly calendar the due date of the opening
21
brief.  Along with his response, Plaintiff filed his opening brief.
22
          Accordingly, the order to show cause issued on May 15, 2008, is DISCHARGED.  The action
23
shall proceed in accordance with the September 6, 2007, scheduling order.
24
        IT IS SO ORDERED.
25
        Dated:   **June 4, 2008**         _____**/s/ Dennis L. Beck**_____
26                                        UNITED STATES MAGISTRATE JUDGE

27

28
                                            1