McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
MARK A. WIN
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8980
    Facsimile: (415) 744-0134
    E-Mail: Mark.Win@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| DOUGLAS NORWOOD, ) <br> ) <br>     Plaintiff, ) <br> ) <br>         v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of ) <br> Social Security, ) <br> ) <br>     Defendant. ) <br> _____) | CIVIL NO. 1:07-CV-1287 DLB <br><br> STIPULATION AND PROPOSED ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for filing defendant's opposition to plaintiff's opening brief be extended from July 3 to August 4, 2008.

    This is defendant's first request for an extension of time to file a response to plaintiff's opening brief. Defendant needs the additional time because an unexpected leave of absence of the

previously assigned attorney necessitated the reassignment of this case.

                                      Respectfully submitted,

Dated: July 1, 2008                */s/ Laura E. Krank*
                                      (As authorized via telephone)
                                        LAURA E. KRANK
                                        Attorney for Plaintiff

Dated: July 1, 2008                McGREGOR W. SCOTT
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        */s/ Mark A. Win*
                                        MARK A. WIN
                                        Special Assistant U.S. Attorney

    IT IS SO ORDERED.

      **Dated:   July 2, 2008**            **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE